CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for MICHAEL CORDELL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CORDELL,<br><br>Defendant. | Case No.: 2:23-cr-298 TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:  May 2, 2024<br>TIME:  9:00 a.m.<br>JUDGE: Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Zulkar Khan, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Michael Cordell, that the admit/deny hearing, currently scheduled for May 2, 2024, at 9:00 a.m., be vacated, and the matter continued to this court's criminal calendar on May 16, 2024, at 9:00 a.m.  The Court, on its own motion, vacated the prior date and reset the matter to May 2, 2024.  Defense counsel is unavailable on that date.

DATED:   April 17, 2024           /S/    Zulkar Khan
                                  PHILLIP TALBERT
                                  by ZULKAR KHAN
                                  Attorney for Plaintiff

DATED:   April 17, 2024           /S/    Clemente M. Jiménez
                                  CLEMENTE M. JIMÉNEZ
                                  Attorney for Michael Cordell

04/17/24

**ORDER**

IT IS SO ORDERED, that the admit/deny hearing in the above-entitled matter, scheduled for May 2, 2024, at 9:30 a.m., be vacated and the matter continued May 16, 2024, at 9:30 a.m.

This 17th day of April, 2024.

_____
Troy L. Nunley
United States District Judge

04/17/24