1   CLEMENTE M. JIMÉNEZ, ESQ.
    California State Bar Number 207136
2   431 I Street, Suite 102
3   Sacramento, CA 95814
    (916) 443-8055
4

5   Attorney for MICHAEL CORDELL

6
                    UNITED STATES DISTRICT COURT
7
                    EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,            Case No.: 2:23-cr-298 TLN

11            Plaintiff,                 STIPULATION AND ORDER
                                         VACATING DATE, CONTINUING
12       vs.                             CASE, AND EXCLUDING TIME
13

14  MICHAEL CORDELL,                     DATE:  May 30, 2024
                                         TIME:  9:00 a.m.
15            Defendant.                 JUDGE: Hon. Troy L. Nunley

16

17       IT IS HEREBY STIPULATED by and between Assistant United States Attorney,

18  Zulkar Khan, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for

19  Defendant Michael Cordell, that the admit/deny hearing, currently scheduled for May 30,

20  2024, at 9:30 a.m., be vacated, and the matter continued to this court's criminal calendar

21  on June 13, 2024, at 9:30 a.m.  The Court, on its own motion, vacated the prior date and

22  reset the matter to May 30, 2024.  Defense counsel is unavailable on that date.

23

24  DATED:     May 28, 2024          /S/     Zulkar Khan
                                     PHILLIP TALBERT
25                                   by ZULKAR KHAN
26                                   Attorney for Plaintiff

27  DATED:     May 28, 2024          /S/     Clemente M. Jiménez
                                     CLEMENTE M. JIMÉNEZ
28                                   Attorney for Michael Cordell

05/28/24

1

2
                                **ORDER**

3        IT IS SO ORDERED, that the admit/deny hearing in the above-entitled matter,

4   scheduled for May 30, 2024, at 9:30 a.m., be vacated and the matter continued June 13,

5   2024, at 9:30 a.m.

6

7   This 28th day of May 2024

8                                                    _____
                                                     Troy L. Nunley
9                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

05/28/24